# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| EARNEST COOLEY | CIVIL ACTION NO. 20-0106 |
| VERSUS | CHIEF JUDGE HICKS |
| YRC, INC., ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint (Doc. 21) is granted and that this case is remanded to the First Judicial District Court, Caddo Parish, Louisiana, where it was pending as Civil Action No. 621,117-B

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 21st day of October, 2020.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT